1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11     RENATA NIGIEMATULINA,                    Case No. 26-cv-00359-BAS-BJW

12                              Petitioner,       **ORDER GRANTING PETITION**
**FOR WRIT OF HABEAS CORPUS**
13          v.                                    **(ECF No. 1)**

14     KRISTI NOEM, *et al.*,

15                              Respondents.

16

17

18          On November 18, 2025, the Court denied without prejudice Renata Nigiematulina's

19     request for release in Case No. 25-cv-02933-BAS-BJW.  (ECF No. 11 in No. 25-cv-2933.)

20     The Court reasoned that Petitioner had been in detention for less than six months following

21     a final order of removal, which is presumptively reasonable under *Zadvydas v. Davis*, 533

22     U.S. 678 (2001).  (*Id.*)

23          Petitioner filed a renewed Petition for Writ of Habeas Corpus under

24     28 U.S.C. § 2241 because the six-month period had passed.  (ECF No. 1.)  The Court held

25     a hearing on the renewed Petition.

26          For the reasons expressed at the hearing, the Court **GRANTS** the Petition.

27     Specifically, the Court finds Petitioner's detention violates *Zadvydas v. Davis*, 533 U.S.

28

26cv0359

678 (2001), because there is no reasonable likelihood of removal in the reasonably foreseeable future.  Accordingly, the Court issues the following writ:

The Court **ORDERS** Respondents to immediately release Renata Nigiematulina, A244-037-142, from custody.

The Court also finds it appropriate to grant permanent injunctive relief as follows:

Respondents are **PROHIBITED** from removing Renata Nigiematulina, A244-037-142, without providing Petitioner and her counsel with notice of the country Respondents plan to remove her to and an opportunity to be heard.

Respondents are **PROHIBITED** from re-detaining Renata Nigiematulina, A244-037-142, for removal unless Respondents have obtained a travel document to effectuate removal.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: January 30, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv0359